IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| HEATH A. WILKINS, Register No. 99947, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-4160-CV-C-NKL |
| ) | |
| STEVE LONG, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 4, 2009, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for default judgment against defendants be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of August 4, 2009, is adopted. [47] It is further

ORDERED that plaintiff's motion of March 11, 2009, for default judgment is denied. [20]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: September 15, 2009
Jefferson City, Missouri